THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEROY JAMES MCNAIR, Appellant.—

No opinion. Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur.

ANNA ROSENZWEIG, Respondent, v. SAMUEL ROSENZWEIG, Appellant.—

No opinion. Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.

HAYES SALMOND, Appellant, v. ISBRANDTSEN COMPANY, INC., et al., Respondents.—

Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ.